# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re Richard Miller | Case No. 19-46148-mar |
| | Chapter 7 |
| | Hon. Mark A. Randon |
| Debtor. | |
| _____ / | |
| Richard Miller, | |
| Plaintiff, | Adversary Pro. No. 19-04300-mar |
| v. | |
| Comcast of Detroit, LLC, | |
| Defendant. | |
| _____ / | |

## STIPULATION TO A ONE-DAY EXTENSION OF DISCOVERY DEADLINE TO TAKE PLAINTIFF'S DEPOSITION

COME NOW Plaintiff and Defendant and, subject to Court approval, hereby stipulate and agree as follows:

1. Pursuant to the Court's Adversary Proceeding Scheduling Order (Doc. 29), the discovery period is set to terminate on August 26, 2020.

2. Due to scheduling conflicts, Defendant's counsel is unable to depose Plaintiff prior to August 26, 2020. The next date Plaintiff is available is August 27, 2020.

3. As a result, the parties stipulate and agree that Defendant shall have

until August 27, 2020, to depose Plaintiff. Defendant reserves all rights in connection with Plaintiff's deposition.

4.   All other deadlines set forth in the Court's Adversary Proceeding Scheduling Order shall remain unchanged.


**STIPULATED AND AGREED BY:**

| | |
|---|---|
| */s/ Steven A. Thomas* | */s/ J. Adam Behrendt* |
| Stephen A. Thomas (P43260) | J. Adam Behrendt (P58607) |
| **STEPHEN A. THOMAS, PLC** | **BODMAN PLC** |
| 645 Griswold Street, Suite 1360 | 201 W. Big Beaver Road, Suite 500 |
| Detroit, MI 48226 | Troy, MI 48084 |
| (313) 965-2265 | (248) 743-6068 |
| sthomas@313965bank.com | jbehrendt@bodmanlaw.com |
| *Attorneys for Plaintiff Richard Miller* | *Attorneys for Defendant Comcast of Detroit, LLC* |

Dated:  August 10, 2020