# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re Richard Miller<br><br>        Debtor.<br>_____ / | Case No. 19-46148-mar<br>Chapter 7<br>Hon. Mark A. Randon |
| Richard Miller,<br><br>        Plaintiff,<br>v.<br><br>Comcast of Detroit, LLC,<br><br>        Defendant.<br>_____ / | Adversary Pro. No. 19-04300-mar |

## CERTIFICATE OF SERVICE

I hereby certify that Defendant Comcast' of Detroit, LLC's did serve upon plaintiff additional produced documents **Bates stamped COM 00045-00069** via e-mail upon sthomas@313965bank.com on August 27, 2020.

                                                **BODMAN PLC**

                                                By: */s/ J. Adam Behrendt*
                                                J. Adam Behrendt (P58607)
                                                201 W. Big Beaver Road, Suite 500
                                                Troy, MI 48084
                                                (248) 743-6068
                                                jbehrendt@bodmanlaw.com
                                                *Attorneys for Comcast of Detroit, LLC*